**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

HAMID REZA SAYADI-TAKHTEHKAR,                                PLAINTIFF
REG. #38137-054

v.                                No. 2:10CV00149 JLH-JJV

UNITED STATES OF AMERICA, *et al.*                           DEFENDANTS

<u>**JUDGMENT**</u>

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and is hereby DISMISSED with prejudice.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Judgment and the accompanying Memorandum and Order is considered frivolous

and not in good faith.

IT IS SO ADJUDGED this 8th day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE